[No. 7881-0-I. Division One. February 9, 1981.]

LOCAL UNION NO. 77, INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, ET AL, *Appellants,* v.
PUBLIC UTILITY DISTRICT NO. 1 OF
SNOHOMISH COUNTY, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 79-2-02587-7, Dennis J. Britt, J.,
entered August 10, 1979. *Dismissed* by unpublished opinion

per Ringold, J., concurred in by James, C.J., and Durham, J.